184 P.3d 839

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 29, 2008**

| | | |
|---|---|---|
| 28549 | G.S., In re | Affirmed |
| 28019 | J.T., In re | Affirmed |

**May 30, 2008**

| | | |
|---|---|---|
| 27485 | Land v. State | Affirmed |
| 27621 | Ruiz v. State | Affirmed |
| 28210 | State v. Souza | Affirmed |
| 28456 | State v. Tunoa | Affirmed |

**June 3, 2008**

| | | |
|---|---|---|
| 27538 | Schmidt v. Real Estate Com'n | Affirmed |
| 28608 | State v. Zulueta | Affirmed |

**June 4, 2008**

| | | |
|---|---|---|
| 27477 | Gomes v. Hawaii Labor Relations Bd. | Affirmed |
| 27652 | Jou v. Schmidt | Affirmed |

**June 5, 2008**

| | | |
|---|---|---|
| 28609 | Adachi-Nishimoto v. Nishimoto | Affirmed |

**June 6, 2008**

| | | |
|---|---|---|
| 28241 | R.N. v. B.F. | Affirmed |
| 27530 | State v. Carlut | Affirmed |

**June 9, 2008**

| | | |
|---|---|---|
| 28538 | State v. Riveira | Affirmed |

**June 10, 2008**

| | | |
|---|---|---|
| 28277 | State v. Blackwell | Affirmed |

**June 12, 2008**

| | | |
|---|---|---|
| 28575 | State v. Cantiberos | Affirmed |
| 28234 | State v. Kalili | Affirmed |